**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BE Labs, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1051-RGA |
| | ) |
| EnGenius Technologies, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DISCOVERY
AND DISCLOSURE DEADLINES**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff BE Labs Inc. ("BE Labs") and Defendant EnGenius Technologies, Inc. ("EnGenius"), through their undersigned counsel and subject to the approval of the Court, that the deadlines set forth below shall be extended as follows:

1. The deadline for BE Labs to serve its responses to EnGenius's First Set of Interrogatories and First Set of Requests for Production pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure is hereby extended to and including February 1, 2019;

2. The deadline for EnGenius to serve its Initial Invalidity Contentions pursuant to Paragraph 4(d) of the Default Standard for Discovery, Including Discovery of Electronically Stored Information (ESI), is hereby extended to and including February 8, 2019; and

3. The deadline for the parties to exchange Claim Terms and Proposed Constructions is hereby extended to and including February 1, 2019.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Stamatios Stamoulis* | /s/ *Anne Shea Gaza* |
| Stamatios Stamoulis (#4606) | Anne Shea Gaza (No. 4093) |
| Richard C. Weinblatt (#5080) | Samantha G. Wilson (No. 5816) |
| Two Fox Point Centre | Rodney Square |
| 6 Denny Road, Suite 307 | 1000 North King Street |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| (302) 999-1540 | (302) 571-6600 |
| Stamoulis@swdelaw.com | agaza@ycst.com |
| Weinblatt@swdelaw.com | swilson@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated:  January 17, 2019

**SO ORDERED this \_\_\_ day of January, 2019.**


_____
**HONORABLE RICHARD G. ANDREWS**
**UNITED STATES DISTRICT JUDGE**